# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129753 & (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 129753
                                 COA: 260753
                                 Washtenaw CC: 88-022475-FH

MICHAEL LOUKAS,
       Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for an evidentiary hearing is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                     _____
                                          Clerk

p1219